

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-13-00312-CR
07-13-00313-CR

ALEJANDRO GABRIEL LUJAN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 181st District Court
Randall County, Texas
Trial Court Nos. 24188-B, 24204-B, Honorable John B. Board, Presiding

October 23, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Alejandro Gabriel Lujan, appeals his conviction for unauthorized use of a vehicle. The certification of right to appeal executed by the trial court states that this "is a plea bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal. No such certification was received within the time

we allotted.  Having received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.